JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEVIN HENRY,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>DOMINGO URIBE, JR.,<br>Warden,<br><br>　　　　　　Respondent. | Case No. ED CV 12-1495-DOC (SP)<br><br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: __May 26, 2015__

_/s/ David O. Carter_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE